# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129534

SAVITRI BHAMA, M.D.,
      Petitioner-Appellant,

v

CIVIL SERVICE COMMISSION,
      Respondent-Appellee.

SC: 129534
COA: 260360
Ingham CC: 00-092266-AA

_____/

On order of the Court, the application for leave to appeal the August 12, 2005 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

_____
Clerk

s0524